IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-40828
Summary Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

CARLOS VASQUEZ-MUNOZ,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. B-97-CR-447-4
- - - - - - - - - -

June 2, 1999

Before KING, Chief Judge, and WIENER and DENNIS, Circuit Judges.

PER CURIAM:[*]

    Carlos Vasquez-Munoz appeals his conviction for possession with intent to distribute marijuana.  He contends solely that the evidence was insufficient to establish that he knew that the suburban contained marijuana.  We have reviewed the record and the briefs of the parties and hold that the evidence was sufficient for a reasonable jury to find Vasquez-Munoz guilty beyond a reasonable doubt.  United States v. Ortega Reyna, 148 F.3d 540, 544 (5th Cir. 1998).

    AFFIRMED.

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.